COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



# ORDER

Appellate case name:    In re Christus Health Gulf Coast d/b/a Christus St. Catherine Hospital, Relator

Appellate case number:    01-13-00983-CV

Trial court case number:  2013-19390

Trial court:               11th District Court of Harris County

On November 14, 2013, relator, Christus Health Gulf Coast D/B/A Christus St. Catherine Hospital, filed a petition for writ of mandamus. On November 18, 2013, relator filed an "Amended Motion for Emergency Stay and Motion for Reconsideration of Original Motion." Relator's amended motion for emergency stay and motion for reconsideration of original motion is **denied**.

It is so ORDERED.

Judge's signature: /s/ Justice Jim Sharp
                    ☒  Acting individually    ☐  Acting for the Court

Date:  November 19, 2013